604

448 A.2d 1180

Sakelson v. Romeo, Appellants.

Petition for Allowance of Appeal Granted Oct. 19, 1982.

Argued December 2, 1980. Robert K. Duffy, for appellants; Donald A. Semisch, for appellees.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.

448 A.2d 1180

Smith, Appellant v. P. A. & S. Small, Co., Appellant.

Argued September 23, 1981. John W. Phillips, for Smith, appellant (at No. 33) and appellee (at No. 51); John D. Flinchbaugh, for P. A. & S. Small, appellant (at No. 51) and appellee (at No. 33).

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed.

McEWEN, J., concurred in the result.